UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARTIN J. WALSH, Secretary of Labor,** <br> **United States Department of Labor,** <br><br> Plaintiff, <br><br> v. <br><br> **CAPONE BROS., INC. and CHARLES L. CAPONE,** <br><br> Defendants. | Civil Action No. <br> 21-10585 |

### TEMPORARY RESTRAINING ORDER

**SAYLOR, C.J.**

Having considered the motion for a temporary restraining order by plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, as well as the complaint, and the plaintiff's memorandum of law and accompanying materials, the Court finds that plaintiff has made the showing required by Fed. R. Civ. P. 65(b) for the issuance of a temporary restraining order. Accordingly,

Defendants Capone Bros., Inc. and Charles L. Capone, as well as any officers, agents, servants, employees, or persons acting or participating in concert with them, are hereby temporarily restrained, pending further order of the Court, from violating the provisions of Section 15(a)(3) of the Fair Labor Standards Act, 29 U.S.C. § 215(a)(3), by retaliating or discriminating against any current or former employee for filing any complaint or instituting or causing to be instituted any proceeding under or related to the FLSA, or testifying or being about to testify in any such proceeding.

This order is without prejudice to the ability of plaintiff to seek a more extensive restraining order after a hearing before the judicial officer assigned to this proceeding.  This order shall expire on April 20, 2021, at 11:45 a.m. Eastern Daylight Time, the time set for the hearing on the preliminary injunction, unless otherwise ordered by the Court.

**So Ordered.**

/s/ F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court

Dated:  Boston, Massachusetts, April 8, 2021, at 3:30 p.m.