# EXHIBIT B

# EXHIBIT B

Request No. 1

**Any and all documents pertaining to the Plaintiff's seeking of $150,000 in punitive damages on this case.**

Response: The Secretary objects to the phrase "documents pertaining to the Plaintiff's seeking of $150,000 in punitive damages" on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this case. The Secretary also objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest doctrine, or any other applicable privilege or doctrine. Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to, DOL000001-DOL000009, DOL000010-DOL000012, DOL000018, DOL000019, and DOL000078-DOL000083.

Request No. 2

**Any and all documents which provides the identity of the informants used by the Plaintiff in its investigation into alleged FLSA violations committed by Charles Capone; Capone Bros., Inc.; American Earth Products, Inc.; and CAPCO Equipment Corp.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000015-DOL000017, and DOL000078-DOL000083.

Request No. 3

**Any and all documents which contain information provided by the informants in the Plaintiff's investigation into alleged FLSA violations committed by Charles Capone; Capone Bros., Inc.; American Earth Products, Inc.; and CAPCO Equipment Corp.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine. Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-

privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000013-DOL000014, DOL000015-DOL000017, DOL00018, DOL000058, DOL000059, DOL000060-DOL000061, DOL000062-DOL000063, DOL000064, DOL000065-DOL000066, DOL000067-DOL000068, and DOL000078-DOL000083.

Request No. 6

**Any and all documents pertaining to any communications made between the Plaintiff and any Employee during the Time Period.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000015-DOL000017, DOL0000018, DOL000058, DOL000059, DOL000060-DOL000061, DOL000062-DOL000063, DOL000064, DOL000065-DOL000066, DOL000067-DOL000068, and DOL000078-DOL000083

Request No. 8

**Any and all documents pertaining to the alleged conversation between Charles Capone and Nicole Hanson's "new employer" on or about March 26, 2021.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000019, and DOL000022-DOL000026.

Request No. 10

**Any and all documents in which an Employee indicated that he/she did feel as though Charles Capone had retaliated against him/her.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative

documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000018 and DOL000019.

Request No. 11

**Any and all documents containing Employee witness statements.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000018, DOL000058, DOL000059, DOL000060-DOL000061, DOL000062-DOL000063, DOL000065-DOL000066, and DOL000067-DOL000068.

Request No. 12

**Any and all documents provided by witnesses to the Plaintiff, irrespective as to whether the Plaintiff believes that the Defendants are already in possession of such documents.**

1271517.v1

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine. The Secretary further objects to the Request to the extent that it seeks information only related to the overtime claims recently settled between the parties, see Civil Action No. 21-cv-11160 (July 15, 2021), ECF Nos. 1, 1-1, and 2-1, rather than information related to the subject matter on this lawsuit, retaliation under 29 U.S.C. § 215(a)(3).

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000018, DOL000058, DOL000059, DOL000060-DOL000061, DOL000062-DOL000063, DOL000064, DOL000065-DOL000066, DOL000067-DOL000068 and DOL000078-DOL000083.

Request No. 14

**Any and all documents that establishes the Plaintiff's allegation that Charles Capone "believed that Ms. Hanson was in some way responsible for the Secretary's investigation of Defendants under the FLSA."**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege,

the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000018, and DOL000023-DOL000026.

Request No. 15

**Any and all documents that establish the Plaintiff's allegation that Charles Capone would "go after Nicole [Hanson]."**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not

1271517.v1

necessarily limited to DOL000010-DOL000012, DOL000013-DOL000014, DOL000018, DOL000019, DOL000023-DOL000026, and DOL000078-DOL000083.

Request No. 16

**Any and all documents that establish the Plaintiff's allegation that Charles Capone called Ms. Hanson "sneaky and a thief" in a phone conversation with her "new employer."**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000019, DOL000020-DOL000021, and DOL000023-DOL000026.

Request No. 17

**Any and all documents that establish the Plaintiff's allegation that Charles Capone made "false allegations to the current employer of a former Capone Bros. employee."**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege,

1271517.v1

the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000019, DOL000020-DOL000021, and DOL000023-DOL000026.

Request No. 18

**Any and all documents that establish the Plaintiff's allegation that Charles Capone "located" Ms. Hanson's "new employer."**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not

1271517.v1

necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000019, DOL000020-DOL000021, and DOL000023-DOL000026.

Request No. 19

**Any and all documents that establish the Plaintiff's allegation that Charles Capone asked Employees to disclose whether they were a Department of Labor informant.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000018, DOL000020-DOL000021, DOL000023-DOL000026, DOL000029-DOL000033, DOL000078-DOL000083, and DOL000090-DOL000094.

Request No. 20

**Any and all documents that establish the Plaintiff's allegation that Charles Capone asked Employees to state that the number of overtime hours that they had worked were fewer than what the Secretary's investigation had concluded.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL000001-DOL000009, DOL000010-DOL000012, DOL000013-DOL000014, DOL000018, DOL000020-DOL000021, DOL000023-DOL000026, DOL000029-DOL000033, and DOL000090-DOL000094.

Request No. 21

**Any and all documents that establish that any Employee was dissuaded from speaking with the Plaintiff, that they were afraid to cooperate, or would not cooperate with the Plaintiffs investigation into alleged FLSA violations committed by Charles Capone; Capone Bros., Inc.; American Earth Products, Inc.; and CAPCO Equipment Corp. as a result of Charles Capone's actions.**

Response: The Secretary objects to the Request to the extent that it seeks information that is subject to the government deliberative process privilege, the government's informer privilege, the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, the investigative file privilege, or any other applicable privilege or doctrine.

1271517.v1

Subject to and without waiver of these objections and the General Objections above, the Secretary has produced or will produce responsive, non-privileged, and non-cumulative documents that may be identified by a reasonable search of the documents in the Secretary's possession, custody, or control, to the extent such documents exist. The Secretary states that non-privileged information responsive to this Request may be found in the File, including, but not necessarily limited to DOL0000010-DOL000012 and DOL000019.

1271517.v1