# EXHIBIT C

# EXHIBIT C

| | |
|---|---|
| 1. | DOL 000001 |
| 2. | DOL 000002 |
| 3. | DOL 000003 |
| 4. | DOL 000004 |
| 5. | DOL 000005 |
| 6. | DOL 000006 |
| 7. | DOL 000007 |
| 8. | DOL 000008 |
| 9. | DOL 000012 |
| 10. | DOL 000015 |
| 11. | DOL 000016 |
| 12. | DOL 000018 |
| 13. | DOL 000058 |
| 14. | DOL 000059 |
| 15. | DOL 000060 |
| 16. | DOL 000061 |
| 17. | DOL 000062 |
| 18. | DOL 000063 |
| 19. | DOL 000064 |
| 20. | DOL 000065 |
| 21. | DOL 000066 |
| 22. | DOL 000067 |
| 23. | DOL 000068 |
| 24. | DOL 000078 |
| 25. | DOL 000079 |
| 26. | DOL 000080 |
| 27. | DOL 000081 |

Capone Bros. Case ID: 1923395

Capone Bros, Inc.
d/b/a Capone Bros.
120 Cedar Street
Canton, MA  02021
Whisard #1923395
Local Filing ID: 2021-133-07835

Capco Equipment Corporation
d/b/a Capco Equipment
120 Cedar Street
Canton, MA  02021
Whisard #1935991
Local Filing ID: 2021-133-08005

American Earth Products, Inc.
d/b/a American Earth
28 Marshall Street, Unit D
Canton, MA  02021
Whisard #1935990
Local Filing ID: 2021-133-08004





Page 2

DOL000002





DOL000003



DOL000004



<u>Section 15(a) (3)</u>- Violations were disclosed as a result of Owner Charles Capone retaliating against a former employee, who provided information to Wage Hour, by calling her current manager & making

Page 5

DOL000005

Capone Bros. Case ID: 1923395

disparaging statements about her. Additionally, Mr. Capone intimidated several current employees by questioning them about their involvement in this investigation & asking employees to confirm that they worked fewer hours than they actually did.

Subsequent to the preliminary final conference on 3/11/2021, the writer received the following information:

1) Mr. Capone threatened to 'go after' the complainant (Nicole Hanson).
2) Mr. Capone contacted Nicole Hanson's current supervisor & made disparaging statements about her.
3) Mr. Capone questioned employees about their involvement in the Wage Hour Investigation.
4) Mr. Capone asked employees to confirm the number of OT hours they worked in the prior 3 years.
5) Mr. Capone sent an e-mail to the writer on 3/26/2021 (Ex. D-19), which showed the results of his conversations with workers & listed fewer OT hours worked than the number of OT hours calculated by the writer (which were based on interviews & cross-checking during interviews).



On 4/8/2021, RSOL filed the TRO with U.S. District Court. On 4/20/2021 & 4/21/2021 & 4/22/2021, hearings were held at U.S. District Court pertaining to the issuance of the TRO, at which time WHI Kruja testified. Mr. Capone did not testify nor did former employee Nicole Hanson. Present at the hearings were: Chief Justice Dennis Saylor, Court Clerk Matthew McKillop, Wage Hour Counsel Mark Pedulla, Trial Attorney Sheila Gholkar, ADD Nuno Montrond, Matthew Feeney (attorney for Capone Bros) and Charles Capone (president of Capone Bros).

On 4/23/2021, the court issued a preliminary injunction against Charles Capone (Capone Bros file, Ex. D-8). As part of the preliminary injunction, employees were notified that they are protected from retaliation (Capone Bros file: Ex. D-9) & were free to speak to the writer regarding their hours of work & the firm's pay practices. It was expected that workers would come forward, additional interviews would be taken & back wages computed for those employees who were not comfortable speaking to the writer in the past. One employee ███████ came forward & was interviewed following the posted notice (Capone Bros file, Ex. B-6).



DOL000006



Page 7

DOL000007

Capone Bros. Case ID: 1923395

conference.  He further stated that he was going on vacation from 3/17/21 thru 3/24/21 & would contact the writer when he returned to work on 3/25/21.  On 3/26/21, Mr. Capone sent the writer an e-mail (Ex. D-19 & D-20), disputing the back wages due to 14 of the 19 workers.  The e-mail attachment documented that he had spoken to several employees & reduced the number of overtime hours worked in an attempt to reduce the back wage liability.

The writer was notified in early April 2021, by the Solicitor's Office, that Mr. Capone had retained counsel: Matthew Feeney of Murphy, Hesse, Toomey & Lehane.

On 6/10/2021, a final conference was held.  Representing Wage & Hour were: the writer, ADD Montrond, Wage Hour Counsel Mark Pedulla & Trial Attorney Theresa Fromm-Schneider.  Representing the firm were: Attorneys Matthew Feeney & Brendan Collins.



RSOL is also seeking $150,000 in punitive damages (Ex. A). The matter is currently in litigation (as of 7/28/2021).

TOLLING AGREEMENT:

The owner signed a Tolling Agreement on 1/18/2021 (Ex. D-21), which tolled the Statute of Limitations as of 1/12/2021 for the prior 3 years.

Mr. Capone is currently represented by counsel & all correspondence should be sent to:

Matthew Feeney
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, #410
Quincy, MA  02169
Phone: 617-479-5000

Page 8

DOL000008

December 2019 & the 1st (2) weeks in January 2020.

I have read the above & it is true & accurate to the best of my knowledge.

*Remove this sentence. I don't want to make it seem as though I'm "assuming" this. Perhaps I was just over qualified for the job.*

_____ Signature _____ Date

*I'm still unsure if he did/didn't have any involvement with those applications*

2nd interview taken by phone on 3/30/2021:

Since I moved to the mid-west in February 2021, I have been looking for a new job. ~~& list Charlie Capone as a reference for these jobs.~~ The jobs are considerably below my abilities, but I need to find something. I wasn't hired for any of these positions even though I had all the required qualifications & ~~I think Charlie was bad-mouthing me which kept me from getting another job.~~ When I applied for my current position, an employee named Linda called Capone Bros for a reference on 3/22/2021. Linda said that a woman answered the phone (this may have been Kathy Veneto) & the woman told Linda that I was a very good worker & eligible for re-hire at Capone. On 3/26/2021, Charlie Capone called my new boss (Mike) & told him I was sneaky, a thief, stole company records & a lot of other things which weren't true. On 3/29/2021, my new boss (Mike) took me aside & told me about the call & what Charlie said to him. I don't think Mike believed anything that Charlie said & I don't think my job is in jeopardy, ~~but~~ I want this to stop. I am embarrassed that Charlie called Mike & said these things about me. I am trying to put all of this behind me. *Mike said to me, the whole time he was talking to Charlie, he was wondering what his deal was & why he would keep me on if he felt that way for 4 yrs.*
I also spoke to my friend/former co-worker ▆▆▆▆▆ (current Capone Bros employee) on 3/25/2021 & ▆▆▆▆ said Charlie Capone was asking him how many overtime hours he worked & he was saying a lot of bad things about me & also said 'when this is over, I'm coming for her,' meaning me. I don't think Charlie will show up here (mid-west) & confront me because I'm far away, but I am certain he will continue to try to make my life miserable, like contacting my current boss & saying a lot of nasty things. *Him trying to go out of his way to contact my new boss(es) and directly calling them to defame my character, makes me feel*
Could you please e-mail this statement to me so I can sign & date it & get it back to you quickly.
*very uncomfortable + fearful of my future and what he may try to do to retaliate against me.*
I have read the above & it is true & accurate to the best of my knowledge.

*Nicole Hanson* _____ Signature  4/1/2021  Date

Nicole Hanson

Form WH-31
B - 2

DOL000012

ADD'L INFO FROM
NICOLE HANSON

**Kruja, Jean M - WHD**

| | |
|---|---|
| **From:** | ███ |
| **Sent:** | Wednesday, March 10, 2021 5:15 PM |
| **To:** | Kruja, Jean M - WHD |
| **Subject:** | Re: U.S. Department of Labor |

CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Hi Jeannie,

2018, I would really have to go back and check my records, that is quite a while ago. I've also moved, so it will take me a few days to get that paperwork together.

2019 was not a good year for me. ██████████████████ I was out of work and used a vacation week as Charlie did not provide nor offer bereavement pay.

In March I found out I had ███████████████████████████ in April. I was out for 1.5 wks at that time. I believe I used another week and my " kiddie/overtime " hours, at $25/hr, which is no where near my straight pay or overtime rate.

In Jul████████████████████████████████████
very end of July and I think I took a day off to move and probably left early a day or 2 around that time.

At the end of August I took the Labor Day weekend and took off Friday and the Tuesday after Labor Day.

In December ████████████████████████████████████
█████████████████████████████ I was out of work for a week then.

By the time the end of 2019 came, I had exhausted my vacation, and used any and mostly all of what I did have for what was considered
" kiddie/ overtime " banked hours, which employees were required to use for sick time or time off.

I did not work a lot of overtime in 2019 ████████████████████ I finally came to the conclusion that working ONE SINGLE second of overtime for Charlie Capone was an absolute waste of my time. And at that point, my time, and my life, were far more important to me than a job that did not care about me, and was more concerned in making sure the work got done.
I had worked more overtime than I can count from October 2015 to January 2019. After February 2019, I stopped killing myself for someone who didn't care about me

After all the trouble I saw him give the guys over the years, trying to collect hundreds of hours of overtime from him, i learned to just cash out what I had when I needed money, and the other "kiddie/overtime" hours I used for sick time, dr appts, things that came up when I would need to leave early or late or travel.
If I'm not mistaken, I didn't even use any of my "kiddie/overtime" or take money from my kiddie until at least the 2nd year I worked there.

Reminder, my pay rate was $37.41.

1

My overtime rate should have been $56.16.
I (as well as the majority of other employees) was capped at $25 per hour of overtime worked.
The hours that show on my "kiddie/overtime sheet", which recorded all of everyone's overtime, no where near reflected appropriate overtime rates.

I was confronted by Charlie on a few occasions during that year, in which he continuously tried telling me that I don't care about my job or staying late. Sometime in September he tried to confront me again, I finally said to him, why do you keep saying this to me? He said, you've missed a lot of work and you act like you don't want to be here. I had to remind him of my ███████████████████████████████████████████████████████████████████████████████ All of which he did not
care about, and he looked at me stunned because he knew everything I said was correct. His response was, oh that's right, ███████████ died. I said " are we done here?" Because I now am fed up with him dancing around the topic of discussion and want to get to the bottom of this. He said something along the lines of , yeah , all set. I walked out of his office, and returned to work.

He also informed me that he was watching me on camera because he thought I was up to something. Of course later down the road, I found out the woman he had hired was actually hired to spy on me
and catch me doing something wrong or stealing money from him when I came back from ███████ in April. When Charlie had his "follow up" with Lauren around September, he asked her if she "had anything" on me, she replied "yeah, what do you have?". Charlie stated that he "caught" me pulling up my pants 10x's a day. And that definitely happened because after I had ██████████████████████████████ and ended up losing a lot of weight very quickly.
Why pulling your pants up is not allowed makes no sense to me ???

Lauren then informed Charlie that she found nothing wrong, I was polite to not only all the employees but the customers who came to the office or shop. She told him she never saw me stealing money or doing anything wrong. She also told me before she had come to start working she was somewhat nervous because Charlie told her I was a "pitbull" and I "bully" people around. I can provide an OVERLY extensive list of people who can account to my character and work ethic.
All of which are positive attributes, not that I am a bully.

When Lauren and I finally spoke after I was laid off under "false pretenses" she informed me of Charlie saying this to her and then when I had finally met her, she said she knew he was lying because I was nice and I was polite to people. Needless to say she had caught him in some other lies as well, apparently, and that was just another thing he had lied to her about.

Lauren informed me herself, in January of 2020 that Charlie specifically hired her to watch me, all the work she was "pretending" to learn was just to make it look like she was there for another reason. After this conversation was had between Charlie and Lauren, Lauren no longer came to the office. She told me Charlie said " he didn't need her anymore". And then everyone started asking where she was and why she was just gone and no one knew why. Charlie said he had moved her to the compost site to do work there but she told me she wasn't even there a month and he was done with her.
Lauren also informed me that she had filed a complaint against Charlie.

There were also days that Charlie did not pay me even though his rule is all your hours get worked out through the kiddie.
His motto is : " I don't f**k with people's paychecks, it's their lively hood." Whether you're over or under with your kiddie it will balance out eventually.
He never had me short anyone's paycheck. Yet he found it ok to not inform me that he was shorting me. And then I had to ask him when I got my paycheck why it was short.
How do you short someone's paycheck and not tell them?

2

DOL000016

Employee Personal Interview Statement        **U.S. Department of Labor**
Wage and Hour Division                        

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

I, ███████      ███████            of

PII and GI ██████████████ ,

phone: ███████████

years of age, (was/have been) employed by        ***Capone Bros.***

***Canton , MA***   for the approximate period from      to   ***Present***

as ███████████

Statement:

2nd interview taken by phone on ███████████

As I stated earlier, I have a ███ During the period September 2020 to October 2020, ███ ████████████████████████████████████████████

To the best of my knowledge, ███ █████████ travel is within MA.

3rd interview taken by phone on ███████████

█████████ Charlie Capone asked ███████ to the woman at DOL & ████████. Charlie said he had a meeting with DOL on 3/26/2021 & that Nicole gave DOL copies of the workers' Kiddie Sheets. ███ ██████████████████████████████████████████████████████████████ "I know Nicole is behind this & when this (the investigation) is over, I am going after Nicole." ███ █████████ I don't know if he talked to other workers or asked them how much overtime they worked. I know Charlie spoke to ███ ████████ told Charlie that ███ spoke to DOL & ███ was honest about the hours ███ worked. In response to your question, ███ works overtime but not lately because things have been slow. I also spoke to ███ (forgot his last name) & he wanted to know if he is going to get paid for all the overtime that he worked.

Charlie keeps saying that he's going to keep everyone at 40 hours (or less) but it doesn't happen. No-one gets vacation here except Shawn Murphy. Shawn is his right-hand man & he works overtime on a regular basis.

I have read the above & it is true & accurate to the best of my knowledge.

_____   Signaure _____ Date

**Employee Personal Interview Statement**

**U.S. Department of Labor**
Wage and Hour Division



DOL000058

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws.  While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s).  Your identity will be kept confidential to the maximum extent possible under existing law.

_11/5/2020_

_Telephone_

I, ▓▓ PII and GI ▓▓                                                                                   of

PII and GI                                                                      phone PII and GI

years of age, (was/have been) employed by        _Capone Bros_

_Canton · MA_          for the approximate period from ▓▓ to _Present_

as ▓GI▓

Statement:

I have worked for ▓▓▓▓▓▓▓▓ ▓▓ work location is ▓GI▓ ▓▓▓▓▓▓▓▓ I am currently employed there. ▓▓▓▓▓ is owned by Charlie Capone. I operate ▓▓▓▓▓▓▓▓ ▓▓▓▓ My work schedule is ▓GI▓ ▓▓▓ I am paid ▓GI▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓ do not supervise any workers. ▓▓▓▓▓▓▓ ▓about 4 to 6 hours per week. I work ▓▓ every week (Monday thru Saturday from ▓▓▓▓▓▓▓▓ with no lunch. From ▓GI▓ ▓▓ I work ▓ have ▓▓ hours per day, except for ▓ weeks in ▓▓ when I work my regular hours ▓ week). I am paid 40 hours at ▓ hour every week with a payroll check from ▓GI▓ ▓▓ The hours over 40 are called Kiddie hours & they are banked & paid out at a lower rate ▓▓▓ ▓hour) thru a business check or personal check & a few times they were paid in cash. I receive a Kiddie sheet every week showing the extra hours. I have not received any payment (other than a paycheck) in ▓ years.

I fill out a time sheet every week with my hours of work & it is an accurate record of what I work. I used to turn in my time sheets to the Office Manager in Canton, but she left, so now I turn them in to the office or take a picture of my time sheet & e-mail it to the office. I have some copies of my checks, time sheets & Kiddie Sheets that I can forward to you.

There are no workers under age 18.

I have read the above & it is true & accurate to the best of my knowledge.

▓GI▓                                    _____ Signature _▓GI▓_____ Date

Sign Here

Employee Personal Interview Statement                    **U.S. Department of Labor**
                                                          Wage and Hour Division



This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws.  While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s).  Your identity will be kept confidential to the maximum extent possible under existing law.

_11/05/2020_

_Telephone_

I, **PII and GI**                                              of

                                                    phone: **PII and GI**

_____ years of age, (was/have been) employed by   **Capone Bros.**

**Canton · MA**            for the approximate period from  **GI**           to   **Present**

as _____

Statement:

I have worked for ██ ... & I am currently employed there. ██ owned by Charlie Capone. I operate ██ ... I am paid for ██   My work schedule ██

I do not supervise anyone. ██ 4 to 6 hours per week. I work ██ every week ██ ... hours per day, except for ██ week in ██ when I work my regular hours ██ /week). I am paid 40 hours at ██ hour every week with a payroll check from ██   The hours over 40 are called Kiddie hours & they are banked & paid out at a lower rate ($15 or $16/hour) thru a business check or personal check & a few times they were paid in cash. I receive a Kiddie sheet every week showing the extra hours.

I fill out a time sheet every week with my hours of work & it is an accurate record of what I work.  I used to turn in my time sheets to the Office Manager in Canton, but she left, so now I turn them in to the office or take a picture of my time sheet & e-mail it to the office.  I have some copies of my checks, time sheets & Kiddie Sheets that I can forward to you.

There are no workers under age 18.

I have read the above & it is true & accurate to the best of my knowledge.

██ **GI** ██                    Signature  **GI**    Date

**GI**

Employee Personal Interview Statement | **U.S. Department of Labor**
Wage and Hour Division



This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

*11/5/2020*

*Telephone*

I, ▮▮▮▮ PII and GI ▮▮▮▮                                      of

phone: ▮▮ PII and GI ▮▮

_____ years of age, (was/have been) employed by ▮▮ GI ▮▮

*Canton、MA*        for the approximate period from                 to *Present*

as ▮▮ GI ▮▮

Statement:

I have worked for ▮▮ GI ▮▮                          & I am currently employed there. ▮▮ GI ▮▮ is owned by Charlie Capone. I operate ▮▮ GI ▮▮          & my work location is the ▮▮ GI ▮▮                              My work schedule ▮▮ GI ▮▮           I am paid ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ GI ▮▮             I do not supervise any workers; ▮▮ GI ▮▮ ▮▮ GI ▮▮                for about 4 to 6 hours per week. I work ▮ GI ▮ hours every week ▮▮ GI ▮▮                          I work ▮ days, ▮ GI ▮      hours per day, except for ▮ weeks in ▮▮▮▮▮ when I work my regular hours ▮ GI ▮/week. I am paid 40 hours at $18/hour every week with a payroll check from ▮▮▮▮▮▮▮▮▮▮▮ The hours over 40 are called Kiddie hours & they are banked & paid out at a lower rate ($▮ or $▮ hour) thru a business check or personal check & a few times they were paid in cash. I receive a Kiddie sheet every week showing the extra hours. I have not received any payment (other than a paycheck) in ▮ years.

I fill out a time sheet every week with my hours of work & it is an accurate record of what I work. I used to turn in my time sheets to the Office Manager in Canton, but she left, so now I turn them in to the office or take a picture of my time sheet & e-mail it to the office. I have some copies of my checks, time sheets & Kiddie Sheets that I can forward to you.

There are no workers under age 18.

I have read the above & it is true & accurate to the best of my knowledge.

_____  Signature _____  Date

2nd interview statement taken by phone on 3/31/2021:

At the end of last week ▮▮▮▮▮▮▮▮ ▮▮ GI ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "someone already contacted me & she took an interview from me & I told her the truth." Charlie ▮▮▮▮▮▮ That was all that happened. Today ▮▮▮▮▮ ▮ GI ▮ ▮▮▮▮▮▮▮▮▮▮▮ would put this in ▮▮▮▮▮▮ said he appreciated my work, planned to give me a raise of $▮▮/hr & writing but would not say anything about Kiddie Sheets. About 1/2 hour later, a ▮ GI ▮ came to see me & said that the ▮▮ GI ▮▮      was happy with me & my work. He also said that Charlie had some

troubles & that they ███████████████████ would leave him alone as long as he left me alone.  I realized that the reason ████████████████████████████████████████████████████████████████████

He (Charlie) did not intimidate me in any way or tell me not to speak to you.

I have read the above & it is true & accurate to the best of my knowledge.

_____ Signature _____ Date

Employee Personal Interview Statement

**U.S. Department of Labor**
Wage and Hour Division



This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

11/5/2020

Telephone

I, ▓▓▓ of ▓▓▓

phone: ▓▓▓

years of age, (was/have been) employed by ▓▓▓

*Canton , MA*   for the approximate period from   to  *Present*

as ▓▓▓

Statement:

I have worked for ▓▓▓ & I am currently employed there. ▓▓▓ is owned by Charlie Capone. I operate ▓▓▓ & my work location is the ▓▓▓ My work schedule is ▓▓▓ I am paid ▓▓▓

▓▓▓ about 4 to 6 hours per week. I work ▓▓▓ hours every week (▓▓▓ From ▓▓▓ I work ▓▓▓ days, ▓▓▓ hours per day, except for ▓▓▓ weeks in ▓▓▓ when I work my regular hours ▓▓▓ week). I am paid 40 hours at $▓▓/hour every week with a payroll check from ▓▓▓ The hours over 40 are called Kiddie hours & they are banked & paid out at a lower rate ($▓▓ or $▓▓/hour) thru a business check or personal check & a few times they were paid in cash. I receive a Kiddie sheet every week showing the extra hours. I have not received any payment (other than a paycheck) in ▓▓▓ years.

I fill out a time sheet every week with my hours of work & it is an accurate record of what I work. I used to turn in my time sheets to the Office Manager in Canton, but she left, so now I turn them in to the office or take a picture of my time sheet & e-mail it to the office. I have some copies of my checks, time sheets & Kiddie Sheets that I can forward to you.

There are no workers under age 18.

I have read the above & it is true & accurate to the best of my knowledge.

▓▓▓   Signature ▓▓▓ Date

2nd interview statement taken by phone on ▓▓▓

At the end of last week (▓▓▓ ▓▓▓ someone already contacted me & she took an interview from me & I told her the truth." ▓▓▓ ▓▓▓ That was all that happened. Today ▓▓▓ Charlie came to see me again &

said ██████████████████████████████████████████████████████████████████
██████████ but would not say anything about Riddle Sheets.  About 1/2 hour later, ██████
came to see me & said that the ██████████ was happy with me & my work.  He also said that Charlie had some
troubles & that they ████████████████ would leave him alone as long as he left me alone.  I realized that the reason
███████████████████████████████████████████████████████████
He (Charlie) did not intimidate me in any way or tell me not to speak to you.

I have read the above & it is true & accurate to the best of my knowledge.

_____ ████████████    Signature ████████   Date

*2nd interview stmt*

**Kruja, Jean M - WHD**                                               ▮GI▮

| | |
|---|---|
| **From:** | ▮GI▮ |
| **Sent:** | Wednesday, March 10, 2021 1:47 PM |
| **To:** | Kruja, Jean M - WHD |
| **Subject:** | Re▮GI▮ |

> CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Hello Jeannie
I would like to say thank you for listening to me the other day. It is difficult to be here while all of this investigating of Charlie is going on. I still haven't spoken to anyone except ▮ I don't plan on speaking to anyone else.
As far as the dates regarding when I was out. I don't have exact dates I missed ▮ weeks in ▮GI▮ of 2019 for ▮G▮ I missed about one week in ▮GI▮ of 2019 ▮GI▮
I also was out this year from ▮GI▮
Charlie did at me when I was out in 2019, he said it was kitty hours. I also got paid this year when I was out, then he changed my pay with out telling me.
I will keep digging for the exact dates.
Again thank you for being so nice last week.

▮GI▮

Sent from ▮GI▮ Mail on Android

DOL000064

B-2(b)

**U.S. Department of Labor**

Wage and Hour Division
Taunton MA Area Office
US Dept. of Labor,  Wage & Hour Division
104 Dean Street, Room 201
Taunton, MA  02780-
508-802-6161



Date: 1/22/2021

Firm:  *Capone Bros.*



We are making an investigation of this firm to determine if it is complying with the requirements of the Fair Labor Standards Act (or, where applicable, the Walsh-Healey Public Contracts Act, McNamara-O'Hara Service Contract Act, the Davis-Bacon and related Acts, or Title III of the Consumer Credit Protection Act).  In doing so, it is customary to ask some of the present and former employees for certain information by direct correspondence.  The fact that we are asking for this information does not imply that this firm has violated any law.

While you are not required to respond, we ask that you assist us by answering the questions below.  Our investigation is limited to the past two years; for this reason, your answers should refer only to the period or periods during which you worked for this firm within the past 2 years.  If some of your answers require additional comments, please explain under "Remarks" on the reverse side of this form.  The enclosed material is for your information and will help you answer questions.  Return the completed form within 3 days after you receive it, using the enclosed envelope which needs no postage.

Your identity will be kept confidential to the maximum extent possible under existing law.  Please do not ask the employer to fill out this form for you.

*Jean Kruja*

Enclosure

**Investigator**

### PLEASE ANSWER THE FOLLOWING QUESTIONS AS BEST YOU CAN

1. Period employed (month year)
   From:
   To:
   (if still there, state "present")

2. Job Title

3. Briefly explain your duties:

4. Place of work: (Office, warehouse, sales floor, machine shop, shipping room, etc.)

5. In an average week, about how many hours did you usually work each day (less time off for meals) and for the week? (Enter number of hours in boxes):

| | M | T | W | T | F | S | S | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Continue on other side

Form WH-42

Date: 1/22/2021 2:50:46 PM          Case ID:  1923395

DOL000065

6. In about how many weeks (within the past two years) did you work over 40 hours? (If none, so state):

**GI**

7. If you did work over 40 hours (as shown in No. 6), about how many hours did you usually work in such weeks? (Example: 42, 45, 48, etc.):

**GI**

8. Method of pay (Complete either a., b., or c., as appropriate.):

a. Salary before deductions $ **GI**
   (Check) per ☐ week ☐ month
   ☐ other (explain):

b. Hourly rate (amount per hour)

   $ **GI**

c. Other (Describe: commissions only; salary plus commissions; draw and commissions; piecework; and indicate amount earned on this basis in an average week):

**GI**

9. Did you get extra pay for overtime hours?     (Check)   ☐ No   ☑ Yes

If yes, explain how your overtime was figured; (For example, time and one-half after 40 hours per week (or 42, or 44, or 48 etc.): time and one-half after 8 hours per day, 40 hours per week; time and one-half after 8 hours per day only.):

**GI**

10. Remarks: (Use extra sheet if needed)

**GI**

Signature ⃝Mr⃝ **GI**
          Miss
          Mrs.
          Ms.

Date **GI**

Home Telephone No. **PII and GI**

Address (number, street, apt. no., city, state, ZIP Code) **PII and GI**

Date of Birth (if under 19) (Month, Day, Year):

Date: 1/22/2021 2:50:46 PM            Case ID:  1923395            Page 2

**Employee Personal Interview Statement**

**U.S. Department of Labor**
Wage and Hour Division



This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws.  While you are
not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance
under the applicable Act(s).   Your identity will be kept confidential to the maximum extent possible under existing law.

*11/4/2020*
*Telephone*

I, ████ PII and GI ████                                                    of _____

████████                                                    phone: ██ PII and GI ██

_____ years of age, (was/have been) employed by **Capone Bros.** _____

**Canton   MA** _____ for the approximate period from ██ GI ██ to GI ████

as ██ GI ██

Statement:

I worked for ██ GI ████████████ until ███ ████ I was a ██ GI ██
█. times to RI.  I retain a CDL license.

I was paid $█/hour for the first ██ hours of work and $█/hour for the next ██ hours, a total of 40 hours.  I worked over 40 almost every week.  I was paid an overtime
hourly rate of $█/hour.  I typically started work at █am & worked until █pm (Monday thru Friday) with occasional ██ hours on Saturday or Sunday.  I was never paid
a correct overtime rate.  The hours over 40 were paid at an hourly rate of $█/hour by gift cards, cash or check with a check memo 'tools.'  I received a Kiddie Sheet
every week which showed weekly my overtime hours.

In 2020, I received a ██ GI ██ plus overtime.  I also have the copies of my submitted time sheets that I was paid from plus weekly Kiddie Sheets I have never
been paid for.

There were no employees under age 18.

I have ██████████ ██████████ █████ of my knowledge.

████ GI ████████                             _____ Signature ██ GI ██ Date
████████████

Form WH-31
B - 8

DOL000067



DOL000068

From: █
To: Kruja, Jean M - WHD
Subject: U.S. Department of Labor
Date: Thursday, March 25, 2021 2:27:38 PM

---

| CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Hi Jeannie,

I had a phone conversation with █ about an hour ago. █ earlier in regards to a meeting he has tomorrow with the Dept of Labor. █ had provided his kiddie sheets and why.

Aside from the other things that you would expect Charlie Capone to say █ when this is all over "he's coming after me". █ about what's going on in the office and with this investigation. █ only knows what Charlie discusses with █ directly, and █ personal side to this story. I don't care or even ASK what is going on in that office. When Charlie commented on "coming after me" █ █

I worked there for a little over 4 years. Three of those years I spent under a camera in every single corner of that office and outside, everywhere except the bathroom. I feel this coincides with him hiring Lauren to spy on me and see if I was stealing things. She had her meeting with him. She told him I wasn't stealing OR doing anything wrong. If I worked there all that time, and he suspected I was "stealing" things, why would he not have just fired me when he came to this conclusion??

If I need to get a lawyer to protect myself from him trying to haunt me, I will. I have no reason to steal anything from him. And I would gladly sit in a court room to tell people all the things I know about him and what he does to people.

He's the biggest thief around so he thinks everyone steals from him. Him telling people he's "coming for me", does not make me feel safe. He is a lying, cheating, stealing, conniving, manipulating piece of you know what and then some.

I'm not the only person who would say that.
This is a huge reason the majority of employees wouldn't speak up. Charlie bullies people. I'm not going to let him bully me.

I would like to know if there is anything legally that can be done to protect myself from him trying to retaliate against me?

Sorry to throw this at you last minute, but apparently he's feeling the heat and now is making threats to "come after me".

I know you're busy. You can reply when you have time. No rush.

FYI. I'm not providing this information for █ █ thankfully █ Charlie decided to make a threat towards me. █ knows he can get a job

anywhere but he still has to deal with Charlie everyday until he moves on. Clearly Charlie has no fear questioning people ██ then tell them how they should live their lives. I spoke to ██ on the phone long before all of this even came to light. ██ is a ██ ██ who's trying to stir the pot.

Thanks for all the help you give!
Nicole Hanson
██

Begin forwarded message:

> **From:** ██
> **Date:** March 11, 2021 at 10:40:48 AM CST
> **To:** "Kruja, Jean M - WHD" <Kruja.Jean@dol.gov>
> **Subject: U.S. Department of Labor**
>
>
> Thank you, Jeannie, I truly appreciate that.
>
> 2019 was basically the only year I ever took off a lot of time or had to use up my kiddie hours.
>
> 2015-2018 was all accumulated overtime and occasionally I would cash out or use the hours for sick/personal time.
>
> Thank you, again, for all of your help through this process. It's nice to know people actually care and acknowledge employees who are mistreated.
>
> Any further questions, you know where to find me.
>
> Nicole
>
>
> On Mar 11, 2021, at 9:11 AM, Kruja, Jean M - WHD <Kruja.Jean@dol.gov> wrote:
>
>
> Thank you for responding & providing additional information. I'm sorry you have been dealing with so many issues & the troubled times you experienced. I hope things will get better as you settle into your new home.
> Jeannie
>
> **From:** ██
> **Sent:** Wednesday, March 10, 2021 5:15 PM

**To:** Kruja, Jean M - WHD <Kruja.Jean@dol.gov>
**Subject:** Re: U.S. Department of Labor

CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Hi Jeannie,

2018, I would really have to go back and check my records, that is quite a while ago. I've also moved, so it will take me a few days to get that paperwork together.

2019 was not a good year for me.
██████████████ in February 2019. I was out of work and used a vacation week as Charlie did not provide nor offer bereavement pay.

In March I found out ████████████████████████████████
██████ n April. I was out for 1.5 wks at that time. I believe I used another week and my " kiddie/overtime " hours, at $25/hr, which is no where near my straight pay or overtime rate.

In July████████████████████████████████████████
████████████████████████████ at the very end of July and I think I took a day off to move and probably left early a day or 2 around that time.

At the end of August I took the Labor Day weekend and took off Friday and the Tuesday after Labor Day.

In December ████████████████████████████████████
█████████████████████████████████ I was out of work for a week then.

By the time the end of 2019 came, I had exhausted my vacation, and used any and mostly all of what I did have for what was considered " kiddie/ overtime " banked hours, which employees were required to use for sick time or time off.

I did not work a lot of overtime in 2019. Between deaths and life threatening surgeries, I finally came to the conclusion that working ONE SINGLE second of overtime for Charlie Capone was an absolute waste of my time. And at that point, my time, and my life, were far more important

to me than a job that did not care about me, and was more concerned in
making sure the work got done.
I had worked more overtime than I can count from October 2015 to
January 2019. After February 2019, I stopped killing myself for someone
who didn't care about me

After all the trouble I saw him give the guys over the years, trying to
collect hundreds of hours of overtime from him, I learned to just cash out
what I had when I needed money, and the other "kiddie/overtime" hours I
used for sick time, dr appts, things that came up when I would need to
leave early or late or travel.
If I'm not mistaken, I didn't even use any of my "kiddie/overtime" or take
money from my kiddie until at least the 2nd year I worked there.

Reminder, my pay rate was $37.41.
My overtime rate should have been $56.16.
I (as well as the majority of other employees) was capped at $25 per hour
of overtime worked.
The hours that show on my "kiddie/overtime sheet", which recorded all of
everyone's overtime, no where near reflected appropriate overtime rates.


I was confronted by Charlie on a few occasions during that year, in which
he continuously tried telling me that I don't care about my job or staying
late. Sometime in September he tried to confront me again, I finally said
to him, why do you keep saying this to me? He said, you've missed a lot of
work and you act like you don't want to be here. I had to remind him of



, then I found out I had
I had to make in August.
All of which he did not
care about, and he looked at me stunned because he knew everything I
said was correct. His response was, oh that's right,                    . I
said " are we done here?" Because I now am fed up with him dancing
around the topic of discussion and want to get to the bottom of this. He
said something along the lines of , yeah , all set. I walked out of his office,
and returned to work.

He also informed me that he was watching me on camera because he
thought I was up to something. Of course later down the road, I found out
the woman he had hired was actually hired to spy on me
and catch me doing something wrong or stealing money from him when I
came back from          in April. When Charlie had his "follow up" with
Lauren around September, he asked her if she "had anything" on me, she
replied "yeah, what do you have?". Charlie stated that he "caught" me