# EXHIBIT F

## Notice to Employees

You are protected by a federal law called the Fair Labor Standards Act. Under that law, you have the right to speak freely with investigators or other officials from the United States Department of Labor. It is illegal for anyone to retaliate or discriminate against you in any way, including by terminating your employment, inflicting physical harm or verbal abuse on you, or threatening or coercing you in any way because you speak with or are about to speak with a representative of the United States Department of Labor. It is also unlawful for anyone to retaliate or discriminate against you because you cooperated in any way with a United States Department of Labor investigation or submitted a complaint about possible unlawful wage and hour practices.

The Boston District Office of the Department of Labor's Wage and Hour Division is located at 15 New Sudbury Street, Room 525, Boston, MA 02203. You can contact the Boston District Office by telephone at (617) 624-6700 or toll-free at 1-866-487-9243 with any questions or concerns about these issues, including if you think you have been a victim of retaliation under the Fair Labor Standards Act or have not received the wages you are owed.