UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>                              Plaintiff,<br><br>               v.<br><br>CAPONE BROS., INC., and CHARLES L. CAPONE,<br><br>                              Defendants. | Civil Action No. 21-10585 |

**JOINT MOTION TO ADOPT CONSENT JUDGMENT AND ORDER**

      Plaintiff Secretary of Labor, United States Department of Labor, and Defendants Capone Bros., Inc., and Charles L. Capone jointly move the Court to approve the Consent Judgment and Order attached hereto as Exhibit A.

      The parties also request that the Court stay all pending deadlines until the Court rules on this motion.

| | |
|---|---|
| **FOR DEFENDANTS CAPONE BROS., INC., AND CHARLES L. CAPONE:** | FOR THE SECRETARY: |
| | Seema Nanda<br>Solicitor of Labor |
| /s/ Matthew L. Feeney<br>Matthew L. Feeney, Esq.<br>Murphy, Hesse, Toomey & Lehane, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>Tel: (617) 479-5000<br>mfeeney@mhtl.com<br>BBO No. 660011 | Maia S. Fisher<br>Regional Solicitor<br><br>Mark A. Pedulla<br>Counsel for Wage & Hour<br><br>*/s/Theresa Schneider Fromm*<br>Theresa Schneider Fromm<br>Senior Trial Attorney<br>fromm.theresa@dol.gov<br>MA BBO No. 569240 |
| Dated:  September 30, 2021 | U.S. Department of Labor<br>Attorneys for Plaintiff<br>Post Office Address:<br>JFK Federal Building—Room E-375<br>Boston, Massachusetts 02203<br>TEL: (617) 565-2500<br>FAX: (617) 565-2142<br><br>Dated:  September 30, 2021 |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via e-mail on September 30, 2021 on the recipient:

Matthew L. Feeney, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
Tel: (617) 479-5000
E-mail: mfeeney@mhtl.com

*/s/Theresa Schneider Fromm*
Theresa Schneider Fromm

1273234v1