# EXHIBIT 1

## Payment Schedule

| Amount | Due Date |
|---|---|
| $10,000.00 | January 15, 2022 |
| $10,000.00 | February 15, 2022 |
| $10,000.00 | March 15, 2022 |
| $10,000.00 | April 15, 2022 |
| $10,000.00 | May 15, 2022 |
| $10,000.00 | June 15, 2022 |
| $10,000.00 | July 15, 2022 |
| $5,000.00 | August 15, 2022 |
| | |
| | $75,000.00    TOTAL |